UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

RONALD MAY, §
　　　　　　　　　　　　　　　　§
　　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* §　　CIVIL ACTION H-06-2900
　　　　　　　　　　　　　　　　§
BRAD LIVINGSTON, *et al.*, §
　　　　　　　　　　　　　　　　§
　　　　　　Defendants. §

# Opinion on Dismissal

　　Ronald May has not responded to defendants' motion for summary judgment, although ordered to do so in the service of process order. In that order, May was told that if he does not timely comply, this case would be dismissed. Because the defendants' summary judgment motion is persuasive, the case will be dismissed. It will also be dismissed for want of prosecution and failure to obey a court order. *See* FED.R.CIV.P. 41(b); *Martinez v. Johnson*, 104 F.3d 769 (5th Cir. 1997) (affirming a dismissal for want of prosecution based on a prisoner's failure to respond to a summary judgment motion where the court ordered him to respond). All pending motions are denied as moot.

　　Signed on June 28, 2007, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lynn N. Hughes　USDJ
　　　　　　　　　　　　　　　　　United States District Judge

|  | **UNITED STATES** |
|---|---|
| **DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

RONALD MAY, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION H-06-2900
§
BRAD LIVINGSTON, *et al.*, §
§
       Defendants. §

# Final Judgment

This case is dismissed.

Signed _____, 2007, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge